MAXWELL G. DUHAN et al., Respondents, *v.* GEZA D. BERKO, Appellant.

*Duhan* v. *Berko,* 175 App. Div. 975, appeal dismissed.
(Argued January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1916, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for an alleged breach of contract.

The motion was made upon the ground that the judgment was not appealable of right to the Court of Appeals and permission to appeal had not been obtained.

*Aaron W. Levy* for motion.

*David Goldstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.